IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDY ALSTON-HARIRCHIAN, | ) CIVIL NO. 14-00041 LEK-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DENY |
| vs. | ) PLAINTIFF'S MOTION FOR |
| | ) DEFAULT JUDGMENT |
| EMC MORTGAGE CORPORATION; | ) |
| LONG-BEACH MORTGAGE | ) |
| CORPORATION; WASHINGTON | ) |
| MUTUAL CORPORATION; | ) |
| JPMORGAN CHASE & COMPANY; | ) |
| DOES 1 THROUGH 100, | ) |
| INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Before the Court is Plaintiff Sandy Alston-Harirchian's ("Plaintiff") Motion for Default Judgment ("Motion"), filed June 8, 2015. The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice for the U.S. District Court for the District of Hawaii ("Local Rules"). After carefully considering the Motion and the applicable law, the Court hereby RECOMMENDS that the district court DENY Plaintiff's

Motion.

Plaintiff seeks default judgment against RCO Hawaii, LLLC (as counsel for Defendant EMC Mortgage Corporation) and Defendant EMC Mortgage Corporation, for failure to respond to the Complaint. However, Plaintiff's request for default judgment is premature, insofar as an entry of default must precede a motion for default judgment. See Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."). Plaintiff has not requested an entry of default, and default has not entered, against Defendant EMC Mortgage Corporation.[1] Accordingly, the Court recommends that the district court DENY this Motion.

---

[1] Plaintiff may not seek default against RCO Hawaii, LLLC, as it is not a defendant in this action.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, June 9, 2015.



_____
Kevin S.C. Chang
United States Magistrate Judge


CV 14-00041 LEK-KSC; ALSTON-HARIRCHIAN V. EMC MORTGAGE CORPORATION, ET AL.; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT