IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDY ALSTON-HARIRCHIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EMC MORTGAGE CORPORATION; ) <br> LONG-BEACH MORTGAGE ) <br> CORPORATION; WASHINGTON ) <br> MUTUAL CORPORATION; ) <br> JPMORGAN CHASE & COMPANY; ) <br> DOES 1 THROUGH 100, INCLUSIVE, ) <br> ) <br> Defendants. ) <br> _____ ) | CIV NO. 14-00041 LEK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed June 9, 2015 and served on all parties on June 9, 2015 and June 10, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's Motion For Default Judgment" ECF NO. [38] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 29, 2015.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**SAND ALSTON-HARIRCHIAN VS. EMC MORTGAGE CORPORATION, ET AL; CIVIL 14-00041 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**