IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDY ALSTON-HARIRICHIAN, ) | CIV NO. 14-0041 LEK-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EMC MORTGAGE ) | |
| CORPORATION; LONG-BEACH ) | |
| MORTGAGE CORPORATION; ) | |
| WASHINGTON MUTUAL ) | |
| CORPORATION; JPMORGAN ) | |
| CHASE & COMPANY; DOES 1 ) | |
| THROUGH 100, INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 22, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Action" (ECF NO. [43]) are adopted as the opinion and order of this Court.

//

//

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, August 11, 2015.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

SANDY ALSTON-HARIRICHIAN vs. EMC MORTGAGE CORPORATION, ET AL.; CIVIL 14-00041 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION